## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**MR. RANDY ANDERSON**                                                              **PLAINTIFF**

**v.**                                                               **No. 4:20CV116-DAS**

**MDOC MAIL ROOM**                                                     **DEFENDANT**

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is

**DISMISSED** without prejudice for failure to name a proper defendant.

**SO ORDERED**, this, the 13th day of November, 2020.

                                                             /s/ David A. Sanders
                                                             DAVID A. SANDERS
                                                             UNITED STATES MAGISTRATE JUDGE